UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 27, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:18-mj-00156-EFB |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| FRANCISCO JESUS MALDONADO | |
| Defendant. | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release FRANCISCO JESUS MALDONADO Case No. 2:18-mj-00156-EFB Charge 21 USC § 846 and 841(a)(1) from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ 50,000.00

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

__X__ (Other): Pretrial Release conditions as stated on the record in open court.

Issued at Sacramento, California on August 27, 2018 at 2:00 PM

By: _/s/ Kendall J. Newman_

Magistrate Judge Kendall J. Newman